# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISIAH AMBO** | **CIVIL ACTION NO.: 22-2176** |
| **VERSUS** | **SECTION:** |
| | **DISTRICT JUDGE** |
| **TURN SERVICES, L.L.C.** | **MAGISTRATE JUDGE** |

## COMPLAINT

Plaintiff, Isiah Ambo, an individual of the full age of majority and domiciled in St. Tammany Parish, Louisiana, respectfully represents as follows:

I.

Made Defendant herein is TURN SERVICES, L.L.C., a limited liability company, authorized to and doing business in the State of Louisiana, which has appointed CT Corporation System as its registered agent for the service of process, whose address is 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

II.

Plaintiff brings this action pursuant to 46 U.S.C. § 30104, more commonly known as the Jones Act.

III.

Jurisdiction of this matter is conferred by 28 U.S.C. §§ 1331 and 1333 (1); venue of this action is pursuant to 28 U.S.C. § 1391 (b) and (c). This action is filed without the prepayment of costs pursuant to 28 U.S.C. § 1916.

IV.

On and prior to March 2, 2022, Defendant, Turn Services, L.L.C., owned and operated a vessel known as the M/V SIR BARTON.

V.

At all pertinent times, Defendant, Turn Services, L.L.C., employed Plaintiff, Isiah Ambo, as a Jones Act seaman assigned to the aforementioned vessel.

VI.

On or about March 2, 2022, Plaintiff was working from the M/V SIR BARTON, which was upon navigable waters and doing barge work. After tying up a crane barge, Plaintiff was attempting to step back onto the M/V SIR BARTON, when Plaintiff slipped on the deck of the barge, causing him to be severely injured. This incident resulted from the negligence of Defendant, Turn Services.

VII.

As a result of this incident, Plaintiff suffered severe injuries to his right arm/shoulder.

VIII.

The above-described incident was caused by the negligence of Defendant, Turn Services, its agents, servants, employees or others for whom it is legally responsible in the following, though not exclusive, respects:

A. By failing to provide Plaintiff with a safe place to work;

B. By allowing a slip/trip hazard to exist;

C. In failing to create a safe work environment for Plaintiff;

D. In failing to provide adequate assistance to do his job safely; and

E. Other acts of negligence that will be demonstrated at the trial of this matter.

IX.

Due to the injuries sustained by Plaintiff, Isiah Ambo, he has endured physical disability, has suffered grievous physical and mental pain and anguish, embarrassment, and is entitled to recover from Defendant, Turn Services, the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

SECOND CAUSE OF ACTION

X.

And now, Plaintiff, Isiah Ambo, alleges a second cause of action based on the general maritime law and reiterates all of the allegations contained in the foregoing paragraphs.

XI.

Under the general maritime law, it was the duty of Defendant, Turn Services, as the owner and operator of the M/V SIR BARTON, to furnish its seamen employees with a safe place to work, with safe gear, appurtenances and equipment, with an adequate crew and a seaworthy vessel.

XII.

Plaintiff shows that at the time and place of the occurrence of the incident, on or about March 2, 2022, Plaintiff was working aboard a vessel in navigation and performing the type of work traditionally performed by seamen and, therefore, was owed the warranty of seaworthiness by Defendant, Turn Services.

XIII.

Plaintiff avers that the failure of Defendant, Turn Services, to provide Plaintiff with a safe place to work and allowing a slip/trip hazard to exist violates the warranty of seaworthiness, and that unseaworthiness was a proximate cause of Plaintiff's incident and injuries, and his resulting illness and disability.

## THIRD CAUSE OF ACTION

XIV.

Now, Plaintiff, Isiah Ambo, alleges a third cause of action under the general maritime law for wages, maintenance and cure, past and future, and reiterates all of the allegations contained in the first two causes of action.

XV.

Plaintiff avers that he is entitled additionally to wages, maintenance and cure, at the rate of FIFTY AND NO/100 ($50.00) DOLLARS per day, for any period after March 2, 2022, wherein Defendant has not paid Plaintiff wages, maintenance and cure, and to an undetermined date in the future during which he is unable to work and perform his duties as a seaman and has not reached maximum cure, which Plaintiff estimates to be in the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS, and demands compensatory and punitive damages and attorneys' fees in the event he is required to pursue by proper procedure the recovery of said maintenance and cure.

## JURY DEMAND

XVI.

That, pursuant to the provisions of the aforesaid 46 U.S.C. § 30104, more commonly known as the Jones Act, Plaintiff is entitled to and demands a trial by jury on all issues related herein.

**WHEREFORE**, Plaintiff, Isiah Ambo, demands a judgment against Defendant, Turn Services, L.L.C., in the sum of ONE MILLION AND NO/100 DOLLARS ($1,000,000.00) DOLLARS, with legal interest from the date of injury, together with all costs and disbursements of this action, and for all appropriate and general relief and for a trial by jury.

Plaintiff further demands judgment against Defendant, Turn Services, L.L.C., for wages, maintenance and cure in the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS.  Further, in the event it becomes necessary to pursue collection of maintenance and cure, Plaintiff demands compensatory and punitive damages, as well as attorneys' fees, against Defendant.

Plaintiff further prays for all general, legal, equitable and maritime relief available to him under the laws of the United States, and for a civil trial by jury.

Respectfully submitted:

_____
**C. ARLEN BRAUD, II, #20719**
**MICHELLE O. GALLAGHER, #23886**
**STEVEN D. JACKSON, #35841**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, LA 70448
Telephone:     (985) 778-0771
Facsimile:     (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
***Counsel for Plaintiff, Isiah Ambo***

**TO BE SERVED BY SUMMONS:**
**TURN SERVICES, L.L.C.**
Through its registered agent for service of process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, La. 70816

5